AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Sergio Anibal Maldonado<br><br>*Defendant.* | )<br>)<br>) Case No. 15-6541-BSS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/9/2015-12/23/2015__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2422(b) | Use of a facility and means of interstate or foreign commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in prostitutuion or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Adam Granit, Detective Davie PD, FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec. 24, 2015

_____
*Judge's signature*

City and state: __Fort Lauderdale, Florida__   Barry S. Seltzer, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

Your affiant is Adam Granit, a federally deputized task force officer assigned to the Federal Bureau of Investigation (FBI), who, being duly sworn, deposes and states as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, et seq.

2. I am a Detective with the Davie Police Department and have been so since June 2000. I am currently assigned to the Internet Crimes Against Children Task Force ("ICAC") and have been so assigned since 2012. I have conducted investigations involving both child pornography and child exploitation. I also have assisted in several child pornography and child exploitation investigations.

3. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein. I have personally participated in the investigation of the offenses referred to herein, and because of my personal participation in this investigation and reports made to me by members of the participating law enforcement agencies; I am familiar with the facts and circumstances of this investigation. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation through the ICAC Task Force.

4. This affidavit is submitted in support of a Criminal Complaint charging SERGIO ANIBAL MALDONADO, (hereinafter referred to as "MALDONADO") with attempting to knowingly use a means of interstate or foreign commerce, to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity

for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

5. The statements contained in this affidavit are based upon my investigation, information provided by other sworn law enforcement officers, other personnel specially trained in the seizure and analysis of computers and electronic media, and on my experience and training as a federally deputized task force officer assigned to the Federal Bureau of Investigation (FBI). Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## BACKGROUND OF THE INVESTIGATION

6. On or about December 9, 2015, your affiant became aware of an individual on Facebook.com that was targeting young girls. The individuals Facebook page was in the name of Palomeque Ramos and was open to the public to view. Your affiant viewed the Facebook account and noticed the friends of Ramos were all young girls. Soon after viewing the individuals Facebook page your affiant received a friend request from Ramos on Facebook.com. Using an undercover Facebook.com account, your affiant accepted Ramos' friend request. The undercover Facebook account was for a young female by the name of Rachel.

7. On December 18, 2015, your affiant received a message via Facebook messenger from Ramos stating "Thanks to addme u pretty girl".

8. On December 22, 2015, your affiant, posing as a 15 year old girl, responded to Ramos on Facebook messenger. This began a conversation through text messages between your affiant and Ramos. The following are the text messages between your affiant and Ramos. The text messages in blue are from Ramos and the text messages in black are from your affiant.

- Awe. Thank you.
- U welcome have a nice day....
- Thank you. U 2.

2

- I would like to give u 2 blues like gift for u ???
- Ok kool. What r blues?
- No plz sorry ok I did mistake forgiveme plz ok... Blues r strong medicine like xanax...
- Oh. Ok. Sure. I'm ur for dat. Ive only done weed before. How does it make u feel? Gooooood like weed?
- Oh god is better u go fly like eagle or also u relax and forget everything around is different depend u mint....Ok and weed u don't use any more?
- How old u plz tellme?
- ??
- Nah. Still using weed. It will b legal soon. Not a lot though.
- I'm 15. How old r u?
- Ok... Im old man im 29.. Thanks to be honest.. Bcz weed is easy to find but blues no easy..I had 5 blues yesterday but I give u back my dealer bcz I cant sale it.
- If I wana give u 1 bounch of weeh how I meet u???
- ??
- Oh I c u don't want ok
- U there??
- Ok. Kool. U don't have too if u don't want to.
- Yeah Im still here. Talking wit some friends. Don't want them to c my phone.
- No plz don't say that ok I say how I meet u if I give u some weed?
- I have car to go place u say
- Do u want some $ for it? I don't have a lot of $ but I can try and get some
- Yes I do I wana make sure u want some...I don't want money I want something else plz u know what I want plz but no money I can give big bounch yes plz
- Sure What would u want? Im good with almost anything. Just name it.
- Oh god I don't want get trouble plz u know what I want u kity plz
- U there?
- Im not going to say anything I wouldn't get u in trouble. But what would u like. I want to make sure I have the right thing.
- If u don't accept is ok think about it big bounch... Really a lot ok.. Do u accept or can u pay with sseexxx plz?? Or not?
- U there?
- Oh yeah. Didn't even think about that. Im game.
- Ok have a good nigiht plz
- What kind of sex? I just don't want it to hurt please
- No please don't hurt u don't tellme u don't do sseexx with u bf? If u say yes is gonnabe normal sseexx plz
- I don't have a bf. Im good with normal sex Just go easy. U have condoms?

3

- No please cond give me allergies plz don't worry I pull out ok don't worry plz ok.
- Oh sorry to hear that. As long as u pull out Don't wanna get pregnant.
- No no don't worry ok plz I cum outside no inside ok... And yes I go very slow ok... How many times u do sseexx??
- Only once. It was a bj?
- Ok so how I meet u and how I contac u?
- I have to sneak out of my house. Maybe tomorrow nigh. I can let my parents think I'm stayin at a friends house. I will let u know later.
- Ok thanks bcz I need u address to findvmy gps ok plz let me know later ok plz
- Ok. Will do.
- Thank u...Plz don't forget ok
- I wont
- Ok thank u... If u want tonight ok or tomorrow ok
- Can u send me u num plz
- I'm with my family tonight so I cant. Tomorrow is better if that is ok wit u?
- I don't have a phone. My parents took it. I have an old ipod.
- Ok tomorrow so how I do to contac u maybe u friend has phone and u can use it.. Yes ok tomorrow plz tellme with time plz im coral spring I need u address plz
- Bcz I go pick up u to come her my room ok plz
- I will ask a friend but if not we can use this. It works. Let me find out what time I can get out. I will let u know later. Kool. We can go back to your place?
- Ok thanks...If u want I can buy phone 4 u and I can pay monthly im serius im not play with u...
- Ok. If u don't mind. That would b awesome. I don't want to cost u too much $.
- Ok but I want talking in person bcz I can buy 1 tel metro and pay montly ok but I wan tsseexxx with montly ok we can find way ok Rachel
- Ok. Thank u.No one has ever wanted to do something like that for me. That is sweet. Im sure we can hook up. I will just have to sneak away from my parents house. Not on a skool night though. I have to get good grades.
- Ok good plz I gona pay montly and u come my room every month yes plz.
- Ok. Kool. Sure. On da weekends or a day off from skool.
- Yes u do u know that...Plz I hope c u tomorrow plz.. And next week we go to buy new tel 4 u ok..Plz gonna be secret I don want problems u family plz.. U treat me nice I treat u nice ok..
- Ok. Sounds good. Our secret. I wont tell anyone. Promis.
- Thanks Rachel.. I really scare I hope u r not police..Or plz don't play with me ok im serius person.. So tomorrow u will send me u address??
- Its really me. I promis. I wouldn't hurt u. u have been really nice. We can smoke and have a good time.
- I will let u know where and why I can sneak out tomorrow.

4

- Ok thanks to be honest ok.. Do u have more pic u fb??
- No. I had more on my phone b4 it was taken away. This iPod doesn't take pics. Sorry. U can see the real me in person tomorrow.
- Ok. Thank u..
- 1 question plz do u have period??
- No Im good.
- Ok.
- U promise me c u tomorrow yes
- Good morning I finish to work at 5pm ok thanks...
- Hi how r Rachel??
- Still c u tonight yes?
- C u tonight plz??
- Hi. Sorry no skool so I slept in. yes we I can c u tonight if u still want to.
- Yes plz.. Tonight just say where I go pick up u plz choice a place like burger king or wallmart or gas station plz
- If in case u need this is my num           1 ok thanks.
- Sorry . Working on my Spanish homework. Trying to learn Spanish in high skool. I was going to tell my parents im goin to the gym near my house. U can meet me there. It's the 24 hours fitness on Atlantic Blvd near university dr. Can u pick me up there?
- Do you speak Spanish?
- Ok yes I speak Spanish
- Ok. Maybe I can ask u later to help me with my homework. If you don't mind.
- We can talk about it later. Can u meet around 7?
- Yes plz I can help u u home work ok
- Do u know where the 24 hour fitness is at Atlantic blvd and University
- U say la fitness university and atlantic bl is coral springs yes?
- Kool. We r learning basic Spanish. Mi nobre es Rachel y the go 15 anos de edad.
- Yes. It's a 24 hour fitness. Not la fitness.
- Yes very good Rachel
- Ok but is coral springs yes?
- Kool. So I will let u know when I get there. Yes in Coral Springs.
- Ok Thanks.

9. During the investigation your affiant learned that the phone number Ramos provided, 954 was registered to MALDONADO. During the conversation, Ramos stated he would be driving a white Dodge Dakota. Your affiant was able to check Florida DHSMV records for MALDONADO and discovered he has a 1999 Dodge pickup truck registered to him.

5

10. Your affiant was able to compare MALDONADO'S photograph from the Florida Department of Motor Vehicle Records to the photograph on Ramos' Facebook.com page and determined they were the same person.

11. On December 23, 2015, at about 6:30 p.m. MALDONADO arrived at the meeting location, 9800 W Atlantic Boulevard, Coral Springs, Florida. The Defendant was taken into custody and interviewed after waiving his Miranda rights. The Defendant admitted to the above mentioned text messages with your affiant; however, he denied knowing the UC's age.

## CONCLUSION

12. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that SERGIO ANIBAL MALDONADO did knowingly attempt to use a means of interstate or foreign commerce, to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18 U.S.C. § 2422 (b).

ADAM GRANIT,
Detective Davie Police Department
FBI TFO

Sworn and subscribed before me this ___ day of December, 2015.

HONORABLE BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: _____ SERGIO ANIBAL MALDONADO _____

_____ Pre-Trial Detention recommended _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   M. Catherine Koontz

Last Known Address: _____

_____

_____

What Facility:   _____

_____

Agent(s):   Adam Granit, TFO, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)